# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERVÉ CAEN, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>ABC ARBITRAGE S.A., a French corporation, and DOES 1 thru 10, inclusive,<br><br>   Defendants. | No. 2:20-cv-11371-JAK-PD<br><br>**JUDGMENT**<br>**JS-6** |

FINAL JUDGMENT PURSUANT TO STIPULATION OF THE PARTIES

Based on a review of the Stipulation for Entry of Final Judgment in Favor of Plaintiff Hervé Caen and Cancellation of Marshal's Deeds (the "Stipulation" (Dkt. 54)), entered into by and between Plaintiff Hervé Caen ("Caen") and Defendant ABC Arbitrage S.A. ("ABC Arbitrage") (collectively, the "Parties"), the Stipulation is **APPROVED**.

Therefore, it is ordered that judgment is entered in favor of Herve Caen on his complaint in the within action and each cause of action alleged therein against ABC Arbitrage S.A., as follows:

1. Judgment in this Action shall be entered in favor of Plaintiff Herve Caen and against Defendant ABC Arbitrage S.A. on Plaintiff's Complaint.

2. The public sale to ABC Arbitrage of the real property previously owned by Mr. Caen located at 1353 Caspian Way, Oxnard, California 93035, Assessor Parcel Number 188-0-242-065, which occurred on April 9, 2020 at the U.S. District Courthouse, 350 West 1st Street, Los Angeles, California 90012, at which ABC Arbitrage bid in its Default Judgment previously obtained by ABC Arbitrage in a separate, albeit related matter entitled *ABC Arbitrage S.A. v. Hervé Caen*, Case No. 2:16-cv-07014-SJO-E, is hereby set aside in its entirety.

3. Subject to Paragraph 2 above, the United States Marshal's Deed transferring title to the Oxnard Property to ABC Arbitrage, executed August 26, 2020 and recorded in Ventura County, California on November 2, 2020, Document No. 20201102001833160 and the Amended United States Marshal's Deed executed March 29, 2021 and recorded in Ventura County, California on April 6, 2021, Document No. 20210406000712840 (collectively the "Marshal's Deeds") are hereby cancelled and deemed *void ab initio*, such that they have no force and effect and, except as provided below, ABC Arbitrage has no right, title, claim, or any interest in the Oxnard Property. Title to the Oxnard Property shall be vested in Hervé Caen.

4. That except for the above referenced judgement lien filed with the

Ventura Recorder, which lien will be promptly released by ABC Arbitrage once the initial payment of $500,000 is paid to counsel for ABC Arbitrage and the deed is recorded securing the promissory note for the balance of the settlement payment, all as provided in the Confidential Settlement Agreement being executed concurrently herewith, ABC Arbitrage has no right, title, claim, encumbrance, lien or any interest whatsoever in the Oxnard Property;

5. Caen shall record a copy of this Final Judgment in the office of the county recorder of Ventura County, California.

6. The Parties irrevocably and fully waive the right to file any type of motion to set aside this Final Judgment, or to seek a writ or file an appeal from the entry of this Final Judgment.

**IT IS SO ORDERED.**

Dated: 9/27/2022

John A. Kronstadt
United States District Judge